# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-2473
_____

Byther Mae Williams; Richard V. Fink,  *
  *
    Appellants,  *
  *  Appeal from the United States
  v.  *  District Court for the
  *  Western District of Missouri.
Regency Financial Corp.,  *
  *     [UNPUBLISHED]
    Appellee.  *

_____

Submitted:  September 27, 2001

Filed:  November 16, 2001
_____

Before WOLLMAN, Chief Judge, HANSEN, and MORRIS SHEPPARD ARNOLD,
    Circuit Judges.
_____

PER CURIAM.

Byther Mae Williams purports to appeal an adverse district court decision in her bankruptcy proceeding against Regency Financial Corp.  Regency contends the appeal is untimely, and requests dismissal.  Upon careful review of the record, we observe that the district court never entered a separate judgment, as required by Federal Rule of Civil Procedure 58.  Accordingly, the appeal is premature, we are without appellate jurisdiction, and we dismiss without prejudice to the taking of an appeal once the district court enters judgment on a separate document.  See Moore v. St. Louis Music Supply Co., 526 F.2d 801, 802 (8th Cir. 1975).

A true copy.

Attest:

       CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.